■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMASINA SNOW, Appellant. [899 NYS2d 843]—Appeal from judgment of resentence, Supreme Court, New York County (Carol Berkman, J.), rendered February 17, 2009, resentencing defendant to concurrent terms of five years, with five years' postrelease supervision, unanimously dismissed, as moot, in that Supreme Court has granted defendant's motion to set aside the resentence. Concur—Andrias, J.P., Catterson, Renwick, Richter and Román, JJ.

Motion to dismiss appeal as moot granted.